UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-2920-DMG (JCx)** | Date | September 18, 2019 |

Title  *ACF 2006 Corp v. Law Offices of Michael J. Libman APC, et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Absent a showing of good cause, a cross-claim must be dismissed without prejudice if the summons and cross-claim are not served on a cross-defendant within 90 days after the cross-claim is filed. See Fed. R. Civ. P. 4(m). Generally, cross-defendant must answer the complaint within 21 days after service (60 days if the cross-defendant is the United States).

In the present case, it appears that these time periods have not been met. Accordingly, the Court, on its own motion, orders cross-claimant(s) to show cause in writing on or before **October 2, 2019** why the cross-claim should not be dismissed as to cross-defendants Advocate Capital, Inc., Wellgen Standard, LLC, Daniel Taussig, and Michael Swanson for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response on or before the date upon which a response by cross-claimant(s) is due. The cross-claim will be **dismissed as to cross-defendants Advocate Capital, Inc., Wellgen Standard, LLC, Daniel Taussig, and Michael Swanson** if a written response demonstrating good cause is not filed by the date indicated above.